**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California (State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  
   4Way Freight Transport Inc

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   47-4559639

4. **Debtor's address**

   Principal place of business:  
   23261 Cajalco Rd. #125  
   Number    Street  
   Perris    CA    92570  
   City    State    ZIP Code  

   Riverside  
   County

   Mailing address, if different from principal place of business:  
   Number    Street  
   P.O. Box  
   Perris  
   City    State    ZIP Code  

   Location of principal assets, if different from principal place of business:  
   Number    Street  
   City    State    ZIP Code

5. **Debtor's website (URL)**

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  4Way Freight Transport Inc    Case number (if known) _____
          Name

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   4  8  4  1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a 'small business debtor") must check the second sub-box.

   *Check one:*
   - ☑ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor  4Way Freight Transport Inc
        Name                                                          Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☑ No
   ☐ Yes.  District _____  When __/__/____  Case number _____
            District _____  When __/__/____  Case number _____

   If more than 2 cases, attach a separate list.

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When __/__/____
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    Where is the property? _____
                          Number   Street

    _____
    City                                        State ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 3

Debtor  4Way Freight Transport Inc                                    Case number (if known)
        Name

**13. Debtor's estimation of available funds**

Check one:
- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☑ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/24/2023
             MM / DD / YYYY

X _____          Ramiro Arellano
Signature of authorized representative of debtor    Printed name

Title  Director/Authorized Agent

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Debtor  4Way Freight Transport Inc
Name

Case number (if known) _____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  08/24/2023
MM / DD / YYYY

Gregory D. Angus
Printed name

Law Office of Gregory D. Angus
Firm name

6825 Magnolia Ave., Ste C
Number  Street

Riverside
City

CA
State

92506
ZIP Code

(951) 781-6555
Contact phone

greg@theangusfirm.com
Email address

210327
Bar number

CA
State

**Fill in this information to identify the case:**

Debtor name: **4Way Freight Transport Inc**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Fill in this information to identify the case:

Debtor name: **4Way Freight Transport Inc**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Employment Development Department**<br>**Bankruptcy Group MIC 92E**<br>**PO Box 826880**<br>**Sacramento, CA 94280**<br>Date or dates debt was incurred<br>**Unknown**<br>Last 4 digits of account number **5090**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Possible Unknown fees owned**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **$0.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|   |   | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Bank of America**<br>**PO Box 25118**<br>**Tampa, FL 33622-5118**<br>Date(s) debt was incurred __<br>Last 4 digits of account number **9805** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Corporation Credit Card Charges**<br>Is the claim subject to offset? ■ No ☐ Yes | **$23,520.86** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**CMA CGMA America LLC**<br>**5701 Lake Wright Drive**<br>**Norfolk, VA 23502**<br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **FWWN** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No ☐ Yes | **$62,420.00** |

Debtor  **4Way Freight Transport Inc**
Name

Case number (if known)

| 3.3 | Nonpriority creditor's name and mailing address<br>**Cosco Shipping Lines Co**<br>9659 N. Sam Houston Parkway East<br>Suite 150 #240<br>Humble, TX 77396<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **FWWN** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $22,285.00 |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address<br>**CU Lines**<br>C/O Norton Lilly<br>One St Louis Centre Suite 5000<br>Mobile, AL 36602<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **FWWN** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,265.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Direct Chasislinks Inc**<br>3525 Whitehall Park Dr Ste 400<br>Charlotte, NC 28273-4279<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **FWWN** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $198,333.65 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**Emodal.Com LLC**<br>2101 Business Center Dr Ste 200<br>Irvine, CA 92612<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **FWWN** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,539.32 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Evergreen Shipping Agency Amer Corp**<br>6021 Katella Ave Suite 200<br>Cypress, CA 90630<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **0046** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,940.00 |
| 3.8 | Nonpriority creditor's name and mailing address<br>**Flexi-Van Leasing LLC**<br>7320 E. Butherus Dr. Ste 201<br>Scottsdale, AZ 85260<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **63LA** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | $78,995.80 |
| 3.9 | Nonpriority creditor's name and mailing address<br>**Hapag-Lloyd America LLC**<br>5515 Spalding Dr<br>Peachtree Corners, GA 30092<br><br>Date(s) debt was incurred **3/22**<br>Last 4 digits of account number **6196** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Leasing Fees**<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

Debtor **4Way Freight Transport Inc**  
Name

Case number (if known)

---

| 3.10 | Nonpriority creditor's name and mailing address<br>**HMM Inc**<br>222 West Las Colinas Blvd Suite 700<br>Irving, TX 75039 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$4,990.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **FWWN** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>**Margarita Guzman Ramos**<br>13118 Cherryglade Ct<br>Houston, TX 77044 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **Unknown** | | |
| | Last 4 digits of account number **Unknown** | Basis for the claim: **Possible fees owed** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>**Mediterranian Shipping Co USA Inc**<br>700 Watermark Blvd<br>Mount Pleasant, SC 29464 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$145,555.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **FWWN** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address<br>**One Line North America Inc**<br>Metro Group of New York<br>49 W. Mount Pleasant Ave. Box 2371<br>Livingston, NJ 07039-9998 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$10,685.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **8675** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address<br>**Sealand**<br>Norton Lilly International Inc<br>One St Louis Centre Suite 5000<br>Mobile, AL 36602 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$10,735.00** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **FWWN** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>**Trac Intermodal Chassis**<br>750 College Road East<br>Princeton, NJ 08540 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$178,386.20** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **7115** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>**Wan-Hai Lines USA LTD**<br>17200 N Perimeter Dr Suite 200<br>Scottsdale, AZ 85255 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred **3/22** | | |
| | Last 4 digits of account number **160N** | Basis for the claim: **Leasing Fees** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **4Way Freight Transport Inc**
_____
Name

Case number (if known) _____

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 |
|---|---|---|---|

Yang Ming America Corp
3250 Briarpark Drive Suite 201
Houston, TX 77042

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22
Last 4 digits of account number  **FWWN**

Basis for the claim: **Leasing Fees**

Is the claim subject to offset?  ☐ No   ■ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bank of America<br>Attn Bankruptcy Department<br>475 Cross Point Pkwy PO Box 9000<br>Getzville, NY 14068-9000 | Line **3.1**<br>☐ Not listed. Explain ____ | 9805 |
| 4.2 | Employment Development Department<br>Attn Elizabeth Santa Cruz<br>658 E. Brier Drive, Suite 300<br>San Bernardino, CA 92408 | Line **2.1**<br>☐ Not listed. Explain ____ | 5090 |
| 4.3 | Employment Development Department<br>In Re Margarita Guzman Ramos<br>658 E. Brier Drive, Suite 300<br>San Bernardino, CA 92408 | Line **2.1**<br>☐ Not listed. Explain ____ | 5090 |
| 4.4 | Louis Jacobs Esq<br>In Re: Direct Chassislinks Inc<br>11693 San Vicente Blvd Suite 400<br>Los Angeles, CA 90049 | Line **3.5**<br>☐ Not listed. Explain ____ | 0347 |
| 4.5 | Margarita Guzman Ramos<br>2750 W Acacia #C5<br>Hemet, CA 92545 | Line **3.11**<br>☐ Not listed. Explain ____ | |
| 4.6 | Metro Group of New York<br>49 W. Mount Pleasant Ave Box 2371<br>Livingston, NJ 07939-9998 | Line **3.13**<br>☐ Not listed. Explain ____ | 8675 |
| 4.7 | Ocean Network Express NA Inc<br>8730 Stony Point Parkway<br>Richmond, VA 23235 | Line **3.13**<br>☐ Not listed. Explain ____ | 8675 |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts | |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 772,500.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 772,500.83 |

---

Official Form 206 E/F             Schedule E/F: Creditors Who Have Unsecured Claims             Page 4 of 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Gregory D. Angus
6825 Magnolia Ave., Ste C
Riverside, CA 92506
(951) 781-6555 Fax: (951) 781-6550
California State Bar Number: 210327 CA
greg@theangusfirm.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

4Way Freight Transport Inc

CASE NO :
CHAPTER: 7

Debtor(s).

### VERIFICATION OF MASTER MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: August 24, 2023

Signature of Debtor 1

Date

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: August 24, 2023

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                           F 1007-1.MAILING.LIST.VERIFICATION

Bank of America
PO Box 25118
Tampa, FL 33622-5118


Bank of America
Attn Bankruptcy Department
475 Cross Point Pkwy PO Box 9000
Getzville, NY 14068-9000


CMA CGMA America LLC
5701 Lake Wright Drive
Norfolk, VA 23502


Cosco Shipping Lines Co
9659 N. Sam Houston Parkway East
Suite 150 #240
Humble, TX 77396


CU Lines
C/O Norton Lilly
One St Louis Centre Suite 5000
Mobile, AL 36602


Direct Chasislinks Inc
3525 Whitehall Park Dr Ste 400
Charlotte, NC 28273-4279


Emodal.Com LLC
2101 Business Center Dr Ste 200
Irvine, CA 92612


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280

Employment Development Department
Attn Elizabeth Santa Cruz
658 E. Brier Drive, Suite 300
San Bernardino, CA 92408

Employment Development Department
In Re Margarita Guzman Ramos
658 E. Brier Drive, Suite 300
San Bernardino, CA 92408

Evergreen Shipping Agency Amer Corp
6021 Katella Ave Suite 200
Cypress, CA 90630

Flexi-Van Leasing LLC
7320 E. Butherus Dr. Ste 201
Scottsdale, AZ 85260

Hapag-Lloyd America LLC
5515 Spalding Dr
Peachtree Corners, GA 30092

HMM Inc
222 West Las Colinas Blvd Suite 700
Irving, TX 75039

Louis Jacobs Esq
In Re: Direct Chassislinks Inc
11693 San Vicente Blvd Suite 400
Los Angeles, CA 90049

Margarita Guzman Ramos
13118 Cherryglade Ct
Houston, TX 77044

```
Margarita Guzman Ramos
2750 W Acacia #C5
Hemet, CA 92545


Mediterranian Shipping Co USA Inc
700 Watermark Blvd
Mount Pleasant, SC 29464


Metro Group of New York
49 W. Mount Pleasant Ave Box 2371
Livingston, NJ 07939-9998


Ocean Network Express NA Inc
8730 Stony Point Parkway
Richmond, VA 23235


One Line North America Inc
Metro Group of New York
49 W. Mount Pleasant Ave. Box 2371
Livingston, NJ 07039-9998


Sealand
Norton Lilly International Inc
One St Louis Centre Suite 5000
Mobile, AL 36602


Trac Intermodal Chassis
750 College Road East
Princeton, NJ 08540


Wan-Hai Lines USA LTD
17200 N Perimeter Dr Suite 200
Scottsdale, AZ 85255
```

Yang Ming America Corp
3250 Briarpark Drive Suite 201
Houston, TX 77042

**United States Bankruptcy Court**
Central District of California

In re   4Way Freight Transport Inc

Debtor(s)

Case No.
Chapter    7

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ramiro Arellano, declare under penalty of perjury that I am the **Director/Authorized Agent** of **4Way Freight Transport Inc**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 24 day of **August, 20 23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ramiro Arellano, Director/Authorized Agent** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ramiro Arellano, Director/Authorized Agent** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ramiro Arellano, Director/Authorized Agent** of this Corporation is authorized and directed to employ **Gregory D. Angus**, attorney and the law firm of **Law Office of Gregory D. Angus** to represent the corporation in such bankruptcy case."

Date  August 24, 2023

Signed  /s/ Ramiro Arellano
Ramiro Arellano

Resolution of Board of Directors
of
4Way Freight Transport Inc

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Ramiro Arellano, Director/Authorized Agent of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Ramiro Arellano, Director/Authorized Agent of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Ramiro Arellano, Director/Authorized Agent of this Corporation is authorized and directed to employ Gregory D. Angus, attorney and the law firm of Law Office of Gregory D. Angus to represent the corporation in such bankruptcy case.

Date  August 24, 2023                     Signed  _____

Date  August 24, 2023                     Signed  _____

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gregory D. Angus<br>6825 Magnolia Ave., Ste C<br>Riverside, CA 92506<br>(951) 781-6555 Fax: (951) 781-6550<br>California State Bar Number: 210327 CA<br>greg@theangusfirm.com | |

[X] Attorney for: 4Way Freight Transport Inc

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br>4Way Freight Transport Inc<br><br>Debtor(s). | CASE NO<br>ADVERSARY NO<br>CHAPTER 7 |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I, (Printed name of attorney or declarant) Ramiro Arellano_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                              F 1007-4.CORP.OWNERSHIP.STMT

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   - [X] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [ ] The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b. [X] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 08/24/2023

By: _____
Signature of Debtor, or attorney for Debtor

Name: Ramiro Arrellano
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 1007-4.CORP.OWNERSHIP.STMT